IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02335-MSK-OES

DEBRA ONKEN,

     Plaintiff,

v.

KELLOGG'S FOOD HANDLER-KEEBLER, Inc., a Delaware corporation,

     Defendant.

---

## ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

---

THIS Court, having considered Motion to Withdraw as Plaintiff's Counsel of Kimberlie K. Ryan of Ryan Law Firm, LLC and Mr. Whitney C. Traylor, for W.C. Traylor & Associates, LLC, hereby FINDS as follows:  Seth Benezra of Benezra & Cuver LLC, previously has entered his appearance as counsel of record for Plaintiff Debra Onken, and therefore Ms. Onken will suffer no prejudice from the withdrawal of Ms. Ryan and Mr. Traylor.

THIS Court, hereby GRANTS Motion to Withdraw as Plaintiff's Counsel.

Dated this 8th day of August, 2005.

                                 **BY THE COURT:**

                                 *Marcia S. Krieger*
                                 _____

                                 Marcia S. Krieger
                                 United States District Judge