IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2335-MSK-OES

DEBRA ONKEN,

    Plaintiff,

v.

KELLOGG COMPANY, a Michigan Corporation,
KELLOGG SALES COMPANY d/b/d KELLOGG'S FOOD AWAY FROM HOME, a Delaware Corporation, and
KEEBLER COMPANY d/b/a KELLOGG'S FOOD AWAY FROM HOME DIVISION

    Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND JURY DEMAND IN EXCESS OF TEN PAGES**

This Court, having been fully advised in the premises, hereby GRANTS Plaintiff Onken's Unopposed Motion for Leave to File Reply in Support of Motion for Leave to File Second Amended Complaint and Jury Demand In Excess of Ten Pages.

Dated this 14th day of September, 2005.

                            s/ O. Edward Schlatter
                            _____
                            Magistrate Judge O. Edward Schlatter