IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02335-MSK-OES

DEBRA ONKEN,

Plaintiff(s),

vs.

KELLOGG'S FOOD HANDLER-KEEBLER, Inc., a Delaware corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 15, 2005

      Defendants' Motion for Leave to File Sur-Reply, or in the Alternative for a Hearing Concerning Plaintiff's Motion for Leave to File Second Amended Complaint [filed September 14, 2005, Document 54] is GRANTED.  The Court shall conduct a hearing on **September 30, 2005**, at the hour of 10:00 a.m. in Courtroom A-601 of the United States Court located at 901 19th Street, Denver, Colorado.