IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02335-MSK-OES

DEBRA ONKEN,

Plaintiff(s),

vs.

KELLOGG'S FOOD HANDLER-KEEBLER, Inc., a Delaware corporation,

Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 7, 2005

Defendants shall have to and including November 15, 2005, in which to respond to Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents [Document 67, Filed November 2, 2005].