IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02335-MSK-MEH

DEBRA ONKEN,

    Plaintiff,

v.

KEEBLER COMPANY, d/b/a Kellogg's Food Away from Home Division,
KELLOGG COMPANY, a Michigan corporation, and
KELLOGG SALES COMPANY, d/b/a Kellogg's Food Away from Home Division,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having come before the Court upon the parties' STIPULATION OF DISMISSAL WITH PREJUDICE **(#83)**, and the Court, having reviewed the motion and being fully advised of the premises therein,

ORDERS that this case is dismissed, with prejudice, each party to pay her or its own costs and attorney fees. The clerk shall close this case.

DATED this 22nd day of February 2006.

                                                        **BY THE COURT:**

                                                    */s/ Marcia S. Krieger*
                                                    _____

                                                    Marcia S. Krieger
                                                    United States District Judge